

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
DELLA M. SELLERS

**DEFENDANTS**
GENERAL ELECTRIC COMPANY, A NEW YORK CORPORATION

**(b)** County of Residence of First Listed Plaintiff  Will
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Fairfield
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**FILED**
FEB 01 2008  NF
2-1-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Edward P. Graham/Mark W. Salkeld, Law Offices of Edward P. Graham, Ltd., 1112 S. Washington St., #212, Naperville, IL 60540

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [■] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [■] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [■] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [■] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**08CV716**
**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 820 Copyrights | 480 Consumer Credit |
| 120 Marine | 310 Airplane / 362 Personal Injury—Med. Malpractice | 620 Other Food & Drug | 830 Patent | 490 Cable/Satellite TV |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury—Product Liability | 625 Drug Related Seizure | 840 Trademark | 810 Selective Service |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | | 850 Security/Commodity/Exch. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / PERSONAL PROPERTY | 640 R.R. & Truck | | 875 Customer Challenge 12 USC 3410 |
| 151 Medicare Act | 340 Marine / 370 Other Fraud | 650 Airline Regs. | SOCIAL SECURITY | 891 Agricultural Acts |
| 152 Recovery of Defaulted Student Loans (excl. vet.) | 345 Marine Product Liability / 371 Truth in Lending | 660 Occupational Safety/Health | 861 HIA (1395ff) | 892 Economic Stabilization Act |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 380 Other Personal Property Damage | 690 Other | 862 Black Lung (923) | 893 Environmental Matters |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 385 Property Damage Product Liability | LABOR | 863 DIWC/DIWW (405(g)) | 894 Energy Allocation Act |
| 190 Other Contract | 360 Other Personal Inj. | 710 Fair Labor Standards Act | 864 SSID Title XVI | 895 Freedom of Information Act |
| 195 Contract Product Liability | | 720 Labor/Mgmt. Relations | 865 RSI (405(g)) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 196 Franchise | | 730 Labor/Mgmt.Reporting & Disclosure Act | FEDERAL TAX SUITS | 950 Constitutionality of State Statutes |
| REAL PROPERTY / CIVIL RIGHTS / PRISONER PETITIONS | | 740 Railway Labor Act | 870 Taxes (U.S. Plaintiff or Defendant) | 890 Other Statutory Actions |
| 210 Land Condemnation / 441 Voting / 510 Motions to Vacate Sentence | | 790 Other Labor Litigation | 871 IRS—Third Party 26 USC 7609 | |
| 220 Foreclosure / 442 Employment / Habeas Corpus: | | [■] 791 Empl. Ret. Inc. Security Act | | |
| 230 Rent Lease & Ejectment / 443 Housing/Accommodations / 530 General | | | | |
| 240 Torts to Land / 444 Welfare / 535 Death Penalty | | | | |
| 245 Tort Product Liability / 445 ADA—Employment / 540 Mandamus & Other | | | | |
| 290 All Other Real Property / 446 ADA—Other / 550 Civil Rights | | | | |
| / 440 Other Civil Rights / 555 Prison Condition | | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [■] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

29 U.S.C. Section 1001, et. seq.; 29 U.S.C. Section 1132(a)(1)(B) and (c) - Claim for deprivation of retirement benefits

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 100,000 plus
CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

**IX. This case**
[■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

**DATE** 2/1/08
**SIGNATURE OF ATTORNEY OF RECORD** Edward P. Graham  M W Salkeld