MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

08CV716
JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER

In the Matter of

DELLA M. SELLERS, Plaintiff v. GENERAL ELECTRIC COMPANY, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, DELLA M. SELLERS

**FILED**

FEB - 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Edward P. Graham |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Edward P. Graham |

| FIRM |
|---|
| LAW OFFICES OF EDWARD P. GRAHAM, LTD. |

| STREET ADDRESS |
|---|
| 1112 South Washington Street, Suite 212 |

| CITY/STATE/ZIP |
|---|
| Naperville, Illinois 60540 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6195575 | (630) 357-2333 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐