IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DELLA M. SELLERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 C 716 ) ) Judge Manning |
| GENERAL ELECTRIC COMPANY, | ) ) Magistrate Judge Schenkier |
| Defendant. | ) ) |

**DEFENDANT'S UNOPPOSED MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant General Electric Company ("GE") respectfully moves this Court for an extension until May 16, 2008, to file its Answer or other responsive pleading in this case. In support of this motion, GE states as follows:

1. Plaintiff filed a three-count complaint on February 1, 2008.

2. The Answer or other responsive pleading is currently due to be filed on or before April 7, 2008.

3. Plaintiff's claim hinges, in part, upon whether or not Plaintiff signed a document possessed by GE.

4. By agreement of the parties, a handwriting expert is scheduled to analyze Plaintiff's handwriting on April 9, 2008.

5. The case may be mooted and/or resolved depending on the handwriting analysis and further exhaustion of the administrative process.

6. Defendant therefore requests additional time to answer or file its other responsive pleading.

7. Plaintiff will not be prejudiced by the delay.

CH1 11451056.1

2

8.     The undersigned counsel for Defendant telephoned counsel for Plaintiff on April 3, 2008 to discuss this motion.  Plaintiff had no objection to this motion for an extension until May 16, 2008, for Defendant to file its Answer or other responsive pleading.

WHEREFORE, Defendant General Electric Company respectfully requests that this Court grant it an extension until May 16, 2008, to file its Answer or other responsive pleading.

**DATED: April 4, 2008**                              Respectfully submitted,

                                                      GENERAL ELECTRIC COMPANY

                                                      By:     /s/    Colin M. Connor
                                                                One of Its Attorneys

Mark Casciari
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
312-460-5000

CH1 11451056.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed the foregoing DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of that filing to the following:

>   Edward P. Graham
>   Mark W. Salkeld
>   Law Offices of Edward P. Graham, Ltd.
>   1112 S. Washington Street
>   Suite 212
>   Naperville, Illinois 60540

/s/   Colin M. Connor

CH1 11451056.1