**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DELLA M. SELLERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 716 |
| v. | ) | |
| | ) | Judge Manning |
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that on Thursday, April 10, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning in Courtroom 2132, 219 South Dearborn Street, Chicago, Illinois, and present DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is served herewith.

**DATED: April 4, 2008**                    Respectfully submitted,

                                            GENERAL ELECTRIC COMPANY


                                            By:_____/s/____Colin M. Connor_____
                                                        One of Its Attorneys


Mark Casciari
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
312-460-5000

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008, I electronically filed the foregoing NOTICE OF

MOTION with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of

that filing to the following:

> Edward P. Graham
> Mark W. Salkeld
> Law Offices of Edward P. Graham, Ltd.
> 1112 S. Washington Street
> Suite 212
> Naperville, Illinois 60540


/s/     Colin M. Connor