**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DELLA M. SELLERS, | ) |
| Plaintiff, | ) ) ) Case No. 08 C 716 |
| v. | ) ) Judge Manning |
| GENERAL ELECTRIC COMPANY, | ) ) Magistrate Judge Schenkier |
| Defendant. | ) ) |

## DEFENDANT'S NOTICE OF AFFILIATES

Pursuant to Local Rule 3.2 and Fed. R. Civ. P. 7.1, the undersigned attorneys for Defendant state:

(1) the nongovernmental Defendant General Electric Company does not have a parent corporation and no publicly held corporation owns more than 5% of General Electric Company.

**DATED: June 17, 2008**

Respectfully submitted,

GENERAL ELECTRIC COMPANY

By:      /s/    Colin M. Connor
             One of Its Attorneys

Mark Casciari
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, IL  60603-5577
312-460-5000

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2008, I electronically filed the foregoing DEFENDANT'S NOTICE OF AFFILIATES with the Clerk of the Court using the CM/ECF system and served a copy upon the following by United States Mail, postage prepaid:

>Edward P. Graham
>Mark W. Salkeld
>Law Offices of Edward P. Graham, Ltd.
>1112 S. Washington Street
>Suite 212
>Naperville, Illinois 60540

/s/     Colin M. Connor

CH1 11451030.1