# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Della M Sellers

                    Plaintiff,

v.                                        Case No.: 1:08–cv–00716
                                                  Honorable Blanche M. Manning

General Electric Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing held and continued to 10/16/2008 at 11:00 A.M. This case is referred to the Magistrate Judge for discovery supervision, non−dispositive motions until the filing of dispositive motions. The parties are directed to submit an agreed proposed discovery schedule to this Court as well as to the Magistrate Judge assigned to this matter. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.