# United States District Court
# Northern District of Illinois

*Magistrate MHN Judge Cox*

In the Matter of

Della M Sellers

v.

General Electric Company

Case No. 08 C 716

Assigned Judge
Blanche M. Manning

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR REFERRAL TO ANOTHER MAGISTRATE JUDGE

I recommend to the Executive Committee that the reference of the above captioned case be reassigned to another magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

Magistrate Judge Michael T Mason

Dated: August 26, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual magistrate judge of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: 8/27/08

■    In accordance with Internal Operating Procedure 14(B) I recuse myself from this case assigned
to my calendar pursuant to Local Rule 72.1 or Local Criminal Rule 50.3(D) for the reasons
specifically set forth below:

I own stock in General Electric Company, the defendant in this case.

☐    Two or more recusals have been entered in this case.  The initial recusal was by Magistrate
Judge _____ .